**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PREMIER JET SERVICES, LLC,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:08-cv-699-Orl-22GJK**

**CESSNA AIRCRAFT COMPANY,**

        **Defendant.**

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss or, Alternatively, Motion for a More Definite Statement (Doc. No. 7), filed on June 2, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 5, 2008 (Doc. No. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant's Motion to Dismiss or, Alternatively, Motion for a More Definite Statement (Doc. No. 7), filed on June 2, 2008, is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED insofar as it seeks dismissal of Count III of the Complaint and issuance of a ruling striking the claim for attorney's fees in Count IV. In all other respects, the Motion is DENIED. Count III is DISMISSED and the attorney's fees claim in Count IV is STRICKEN.

3. Defendant shall file and serve its answer within ten (10) days.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 30, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge